UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DEANDRE R. O'NEAL,<br>Plaintiff,<br>v.<br>LIFESKILLS UNLIMITED, INC.,<br>Defendant. | Case No. 2:26-cv-03519-APG-EJY<br><br>**ORDER** |

A review of the docket in this matter shows mail sent to Plaintiff was returned undeliverable. ECF No. 7. Plaintiff, who is appearing *pro se*, must maintain an accurate address as required by U.S. District Court for the District of Nevada Local Rule IA 3-1. The Rule states that a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1.

In light of the foregoing, the Court grants Plaintiff time to file his updated address and, *sua sponte*, extends the time to submit an amended complaint together with a completed USM-285 form for Lifeskills Unlimited, Inc.

Accordingly, IT IS HEREBY ORDERED that on or before December 23, 2026, Plaintiff must file a notice advising the Court of his current address and an amended complaint together with a complete USM-285 form for Lifeskills Unlimited, Inc.

IT IS FURTHER ORDERED that the Clerk of Court must send courtesy copies of this Order and the Court's October 30, 2026 Order along with its attachments (ECF Nos. 4, 4-1) to Plaintiff's physical address on file with Court and his email address at fxdoneal@gmail.com.

IT IS FURTHER ORDERED that Plaintiff's failure to comply with this Order will result in a recommendation to dismiss this matter without prejudice.

DATED this 23rd day of November, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE